UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>  Defendants. | Civil Action No. 25-cv-1928 |

## NOTIFICATION OF AFFLIATES

The undersigned counsel for Plaintiff certifies the following:

1. Under Fed. R. Civ. P. 7.1, no company is the parent of SCI SPARK LLC,

2. Under Western District of Pennsylvania Local Rule 3.2, SCI SPARK LLC, has no affiliates.

Date: December 10, 2025

Respectfully submitted,

By: /s/ Michael Mitchell
Michael Mitchell ARDC # 6324363
Shengmao (Sam) Mu, NY #5707021
Abby Neu, ARDC # 6327370
Keaton Smith, ARDC # 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1