## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM GROUP INC,

        Plaintiff,

v.

THE SCHEDULE A DEFENDANTS,

        Defendants.

Civil Action No. 25-cv-01909

Hon. William S. Stickman IV

### <u>PRAECIPE TO ISSUE SUMMONS</u>

To the Clerk of Court for the Western District of Pennsylvania, and pursuant to the Temporary Restraining Order entered by the Hon. William S. Stickman IV on December 11, 2025, please issue the Summons in a Civil Action as attached to this praecipe as Attachment A.

Date: December 22, 2025

Respectfully submitted,

By: /s/ Michael Mitchell
Michael Mitchell IL #6324363
Shengmao (Sam) Mu, NY #5707021
Abby Neu IL #6327370
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (412) 589-0935
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*