UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Civil Action No. 25-cv-1928 |

**Schedule A**

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 1 | Abojoy | ALXA4CFAX8PW | fiancyyy@163.com |
| 2 | Ackeree | A29ZIBHJ8EXQ5U | fgjhkggfgsgfhv@outlook.com |
| 3 | ADEFSTORE | A2CECPJ31J950E | zhangdefang1988@sina.com |
| 4 | AILONEN | ASMOSQHGM0HVH | nantongdiyashibm@163.com |
| 5 | Anang Communication | A1N6WO4PNW9CSE | hushiguofeng@sina.com |
| 6 | ANHOPE | A1NEIDTGCE87KO | jy13776089939@sina.com |
| 7 | ARIYIDA | AZOR3ZQLJ93P2 | dzruiyida@163.com |
| 8 | ARTSHOWING | AJ8OIHCK5ASY9 | kolp0ohuy@163.com |
| 9 | ArtSo Direct | AM4RB4HXOL3J | zhigu_us@163.com |
| 10 | Avnaalvl | A34MHF0O299HD0 | mpd0hy0t8@outlook.com |
| 11 | Axolotl-US | A4SID42SJEGEK | chunshubaobm@163.com |
| 12 | AZJoyLife | A1QV4TLIL64S4O | panquanxiao0615@outlook.com |
| 13 | Beautiful Quality Home Shop | A32VLU9H0PB1YN | pyxiong686@outlook.com |
| 14 | Bellproperty | A3KNPSFL2R4W71 | fanzhongsheng2024@163.com |
| 15 | Benefeet Sox | A2ITJ6J51X3KB7 | encominewtop1@hotmail.com |
| 16 | BHM Store Gifts | A137JO2X14DN08 | amz.buihuyminh@gmail.com |
| 17 | bishukeji-EU | A1CREZANSFK0DV | bishukj@outlook.com |
| 18 | BlessLiving Home | A37N961FJS6W3W | ukpka@outlook.com |
| 19 | bloukoo | AA31X868KUTAG | bloukoo@gmail.com |
| 20 | Bolaimaoyi | A3NBUSGNE4J8YG | bolaimaoyi2023@163.com |
| 21 | BUDUOZHI-US | A2OUD80W57A5T2 | vfmhvyheh@hotmail.com |

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 22 | bvya | A1AF4I69XPQMI5 | summerrattan@outlook.com |
| 23 | bysoon | AGTN3E3OXV7UN | kwj2244@163.com |
| 24 | CaLen | AWRA9X2JAUOS2 | tr59ki@163.com |
| 25 | Ceiurey | AEA7GBWUCGHVG | lfc_809@163.com |
| 26 | CENXINL | ALYEQ7PP4PEPR | boamy999@outlook.com |
| 27 | CoasterShop | A346KD8ENDX6CR | yousongsitsu@126.com |
| 28 | COINPSHOP | AIYBSUJCZE7DE | wangjie4240@163.com |
| 29 | Console Storage Bag | ANR0WASBIPIOU | zhangqianqian25121@163.com |
| 30 | DAmaijia1992 | A59HTBU96GAPX | wanghaoran202508@163.com |
| 31 | DDDchenkeqiang | A3L0R2SNN131AV | lipahaiqin55412@163.com |
| 32 | Deal-Love | A27CUX4RR4YR7G | tshdian89@outlook.com |
| 33 | Decaistore | A27EYB1650N1C0 | decaizeng@outlook.com |
| 34 | Delerain | A3T2NLH0VMKDAR | kinglantea@outlook.com |
| 35 | DEMINGCH | A1DFCE1TYEHX3J | deming1028@outlook.com |
| 36 | DerlonKaje | A1QOOWF1IY2TVY | delongjiaye@sina.com |
| 37 | Dgonweqi | A1NYJHGRYBRSA7 | lifaba1o3@163.com |
| 38 | DONNA HOME | AJI36KDN4R5F8 | jiandazhou0706@163.com |
| 39 | Drawstring Bags Shop | A29KZKAYVEUR1E | resrdp@163.com |
| 40 | Dreamcase.Inc | A1PKHLEFE8T95G | lwei9188@163.com |
| 41 | duanxp1513 | APQYT7E3XOA1Z | duan826633@163.com |
| 42 | Duduho | A2LERSN5U7OFF6 | hery2020@163.com |
| 43 | Eastdtree | APD7JL2VIMN62 | n426570@163.com |
| 44 | ERMAIEFS | A2TXRJEVG9QOKY | huangzhilongus@163.com |
| 45 | Erssvrf | A3GSZMMRCXAYX8 | shantengbenl4d@126.com |
| 46 | execucat | A14DLUCSAOTKR7 | ladyzaj@hotmail.com |
| 47 | famamediy | AGJ31U7U6ZEV0 | kewed8974@163.com |
| 48 | Fantasy Design | A19AX9KBL3OPM2 | bushinideyida@hotmail.com |
| 49 | Fehuew | A7MVACLK614RP | zhengzongye201956@outlook.com |
| 50 | FHAGO | AJ82SQ6SCFLMT | longlightchen@sina.com |
| 51 | Fopica Laundry Bag | A3J3LGVT9KL0AU | payjs6ni@163.com |
| 52 | Foruauto | A14WHZECBUATB9 | jeiue8837@163.com |
| 53 | Funjackstore | A2NUZZ281CA49U | hewo81868@163.com |
| 54 | Futterya | A3G2GJJLGUDPMH | zyy1042619598@163.com |
| 55 | GeazoyDirect | A2HLKPMAPO7LRW | huavvm32384@163.com |
| 56 | GHJTFC | A38W0B7GU77GXS | dzduocai@163.com |
| 57 | guangzhoushantaoshangmaoyouxiangongsi | AUVJWH3BQGHJY | shantaoshangmao@outlook.com |
| 58 | guosijiefuzhuangdian | A1MMZ0759OCX05 | threepanada@sohu.com |
| 59 | GVGOAGL | A7UUCDQUHJGUV | 3762812094@qq.com |
| 60 | gvjhh | A14EQL0EDC99G1 | xieganhe347383@163.com |
| 61 | GXHAM | A32IJWKSCS0UCF | ltytewf@163.com |

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 62 | hagame | A1UA86R5XELP6Z | kwiuw876@163.com |
| 63 | Hanamiya Na | ATVPDKIKX0DER | Serve via platform |
| 64 | handanqishenglanjianzhulaowufenbaoyouxiangongsi | A1WCU5R20QUO2N | liyingli017@outlook.com |
| 65 | HAPLIVES Direct | AOSINBDGKM6IX | ruyidianzishangwu@163.com |
| 66 | happybridemarket | A4QVTXT9UANLX | cs@happybridemarket.com |
| 67 | hasnatgulbaz | AES1K8A3VDS5Y | ly100749@outlook.com |
| 68 | HEABPY Direct | AY45AKVLX59IC | wuyanshuaiwenwen@126.com |
| 69 | Healbrighting | A33V09W1EYEMUF | wangshengjie1995@yeah.net |
| 70 | Hi Space | ATHJM94UMYSP0 | hispacecc@outlook.com |
| 71 | higuyhgi | A26UMIGLEPB3TV | hangmixian35593@163.com |
| 72 | HKAENE Direct | ARQR5PEXTD44G | yichen2022wys@126.com |
| 73 | Hljlj-US | A1E5BNWCU8HDW8 | hljlj68@163.com |
| 74 | HOIUPLMKIJ | A3NKR0WKKL0C1L | dotieplap762005@gmail.com |
| 75 | Hostline | A3ANQZNE9923BP | mwola88654@163.com |
| 76 | Hun Zi King | ASDMD3SDO5IKD | zhouxiaorui454@outlook.com |
| 77 | huzhanshangmaodiangerenduzi | A17XSDY4QBI6CE | panquejian@outlook.com |
| 78 | Insfashble | A1V50541HPODNL | insfashble@163.com |
| 79 | Jackdona | A11WS3BYUTCPQG | xiaohou008@outlook.com |
| 80 | Jekeno | A1KP500MSRQT26 | jekeno@hotmail.com |
| 81 | jiaguozheng | A2RAP2N6D22OM0 | xyd5457@163.com |
| 82 | Jiaolili | A285V7OJOT0KWR | jiaolili85462@126.com |
| 83 | Jmjhy | A22O01RAM0E7P1 | jmjhy88@outlook.com |
| 84 | joyprint | A3JCTFMMOJ1JTU | jlu107440@163.com |
| 85 | JYDIY | AQE6GUWHH1V26 | ptjyjj@outlook.com |
| 86 | kalekey | A2R8I8DXTEURJ8 | mu3322menyinping@163.com |
| 87 | KANRONG | A3K49UCTJUSTOG | kr18837804131@126.com |
| 88 | kengsuishangmaoyouxiangongsi | A3GPB03AVPRYD2 | kengsui_guangzhou@outlook.com |
| 89 | KINOPREV | AW93LZCOE1BHM | kinoprev@foxmail.com |
| 90 | Knocent | A3MUMBJZ335DC8 | nuozhixun_xjh@163.com |
| 91 | Laidaole | AQ1MHVJ4LEHC | 280627737@qq.com |
| 92 | Lansemy | AVYMY0T0A1ELJ | hsfjdhw@163.com |
| 93 | Lealer | AWRIZ97OTDI0J | secret2021002@163.com |
| 94 | Liangzhuo Store | A126YLSGJS7FYV | liangzhuostore@163.com |
| 95 | LiChuanShiYuLeShangMaoYouXianGongSi | A3V68M1VXHXVLB | fenhuan13200@163.com |
| 96 | linghangyishu | A17E3ONPNRMERU | haifuamz@outlook.com |
| 97 | linjiaoshangmao245 | A26YFL15HWHAY8 | zhengdandan0813@163.com |
| 98 | Liqlun | A6FEFYZPDEU01 | xilaihongstore@163.com |
| 99 | LiuChaoLi56 | A3GEL8UKT98WBP | 17378158623@163.com |
| 100 | LLRline | A1OF7UT5F8S59K | linlirong202106@163.com |

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 101 | LoiFa | A3LEURN09TP1XV | 34788511@qq.com |
| 102 | LooPoP | AAGPT5MOYKT3M | jkd95jv5@outlook.com |
| 103 | Lotasameq | AJGQDGX115WC5 | toponthesk@163.com |
| 104 | Lotupokon | A3O3XRNVVWRIO | lutiaojun911@outlook.com |
| 105 | Love Nature | A2CT3C3Q604R3R | amber_job@hotmail.com |
| 106 | LoveforYou.INC | APNXE6T9HLWXK | xileyouliang@yeah.net |
| 107 | LSHDNG | AEJLRLG9QP3AG | wangding775566@163.com |
| 108 | LUCKBTY | A13M7BFFJIMJU3 | jianlinga94859@163.com |
| 109 | Luggage Tag1 | A3UFQRUKICJXI3 | qb17c6rn@163.com |
| 110 | Lumumanber | AEPQQLS34TATU | binbin123youli456@outlook.com |
| 111 | LUNHHA | A3CXRRMJETTFT0 | lunhaojie81k@126.com |
| 112 | Madifennina | A14F35GZIC2R57 | kuiyang0503@163.com |
| 113 | MaiLing | A2TC7CKB4O63CE | 3866338538@qq.com |
| 114 | MAISIM | AG2PZQ7RR7X2V | 15080199867@163.com |
| 115 | MaiTuo | A25UR8A6JDUAL | maituoecltd@outlook.com |
| 116 | MAYCARI | A17E79WB304I4W | hzmkl@outlook.com |
| 117 | mengli-dianzi | A1D5WW7QPWS33F | hunxianghua@outlook.com |
| 118 | MiaoShuMengcw | A3LFMWO4V8TEVF | upw408@163.com |
| 119 | MINGWENGLAN | A2FGKLQYAJXWRF | 2216238347@qq.com |
| 120 | MinimalistShop | A5WHLCQLG51SB | vuongthiynhi29051995@gmail.com |
| 121 | MMstyle | AR44ONMU9H7OM | 707362247@qq.com |
| 122 | MvTongVer | A19J4EP6C8SQXL | nnuu67546@163.com |
| 123 | ninenine | A2G3VRVSJLMT5O | gufo888@outlook.com |
| 124 | NingXiStore | A1NV0FCTI3C6HG | d6gles2x@163.com |
| 125 | niuyanyan098 | A2OZ5J1P77ISKJ | mtsonarota@outlook.com |
| 126 | NONETH-US | ABCVNZK8HG0M | xufuhankeji@sina.com |
| 127 | Oerdan | AJGQ9I5ORJ8MT | fengyz0319@163.com |
| 128 | Ofocam | AHQDNK5RL815V | odomacfor@sina.com |
| 129 | Ollabaky | A2LB5TNEIW4TE7 | 423844610@qq.com |
| 130 | Oplp | A3FHPT0209PWPM | yixintongli@163.com |
| 131 | OPSHKSOG | A3UVAHD4QK8G1Y | wanyouhuoji@163.com |
| 132 | pansenfangzipin | A1S5HTDZC4COTT | fengweiquanzhan@163.com |
| 133 | PG6 | A1M7B2NK8H3WXU | yufeng666@hotmail.com |
| 134 | PIEPLE | A3ONOI95WOKODM | cengu4166@163.com |
| 135 | Plakill Case US | AGR7OY4F37W0Z | shuntongcie@yeah.net |
| 136 | PRINT PICTURE ARTHOME | A5TS1RQ5TPE8Z | snh63y@163.com |
| 137 | PuTianShiLiChengQuBenYueBaiHuoShangHang | AVDZCO6CLZD1R | as17359415291@126.com |
| 138 | putianshilichengqutianxiaofuzhuangdian | A4NCR60N2O9E8 | txxtxx012@outlook.com |
| 139 | qiangshidizhonzahuodian | A1FJLF4DQKDTS5 | jjp6v1@sina.com |

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 140 | qishuai11 | A12W9RBZ5ME2OR | mqm6887@163.com |
| 141 | QQMARKET | AJW65Y1OF5U1E | 13599509582@163.com |
| 142 | Quietchan | A3EF3KYCMYMQML | yibianlieliu@163.com |
| 143 | RDREU | A10VZAYWFJAKAW | uoef94@163.com |
| 144 | restarnew | A3O6SYEY7M6MO2 | awvlljw@163.com |
| 145 | RICHEN-official | A2EU3QKQOZH8MH | ruichenofficialus@vip.163.com |
| 146 | Sabolny | A3C1JJ0VV3MTWI | uigyo82mk85@163.com |
| 147 | ShangHouShop | A10RH9TSSHNA58 | qiwdbk@163.com |
| 148 | shangtiezao | A2C53CX1ZEEB29 | z282536950@163.com |
| 149 | shikanjuenan | A22OL6YNBIVM5V | hknwosz@163.com |
| 150 | ShoPen | A26WY76VQNYVRC | zhengshuangping2017kq@outlook.com |
| 151 | Sidney Jerome | ANYMJOMVZ9MXD | flmgxvj@163.com |
| 152 | SJewelryBox | A19KXYFNVPZJP0 | baolingyu250210@163.com |
| 153 | SJHALL | A2WPQW6O3H04DW | shenjiahong02@yeah.net |
| 154 | Smooffly | A3NF1BS3IGYATX | jingshengtrade2014@163.com |
| 155 | Still Cute | A2Q73YZBWWE69Y | 3988191094@qq.com |
| 156 | sunjiawei9 | AG86ZAIB7NFWE | sunjiawei56@outlook.com |
| 157 | TocaHome | AEIBRMSL9LV0R | vgft5611asq@yeah.net |
| 158 | ToLuLu | A1TJG0B2KA7VMB | yaoxili332@gmail.com |
| 159 | tongshanxianzhimiaobaihuodian | A8OG0P9LE5F4Q | wangzhiqiang65146@outlook.com |
| 160 | Tongxusiyao | AAQ7SIPW5IGVU | xuesisiyao@163.com |
| 161 | U335liyuanrong666 | A1WPX96S30VJ0W | zaiwt14647@163.com |
| 162 | Uconsion | AZHE8N21KKO5U | anwge8iy@163.com |
| 163 | Ujskwpi Fashion | A1GSZU07R00XG5 | km4p5p2kpd@outlook.com |
| 164 | Uppuppy | A1BQ7SME6E6NIP | huangmingliang88@yeah.net |
| 165 | Violet Mist | AJRVY1A65E5P7 | violetmist01@outlook.com |
| 166 | VunKo | A33GSTJ5PEOXZF | yengjun2017@outlook.com |
| 167 | WAAGOGO | A3ROYEWE45JIII | 1528577004@qq.com |
| 168 | WANGWUQIANG888 | A3LB1PGSU8QMTL | 416554513@qq.com |
| 169 | WINTOJO Direct | A1WYXF0FVSB97I | specialgift@vip.163.com |
| 170 | wngob | A2K56O0YIX04EK | juziooq@outlook.com |
| 171 | Wowouhiya | A370DPCGGZ0PNS | yjivdh@163.com |
| 172 | Wuqin City District | A20N3F99ZU9RTD | x7zcmuqing@outlook.com |
| 173 | WUQINGSONGXDP | AT2KX85NRYQUE | 15903631062@163.com |
| 174 | wuxiaoweide1235 | A1AHPS1A6BY3VD | wuxiaowei4852@126.com |
| 175 | WXRR | A2LD0VCKBXBC96 | wxrrus@hotmail.com |
| 176 | Xchearser | A12W4X6V9RHXUL | molingweiqiang@163.com |
| 177 | XinGugs | A2FFBHU1SAE6SD | xingukjl895@163.com |
| 178 | Xintay | A3LIQ9ECJ9YD2J | mvvi8s3q@163.com |
| 179 | xlh20221 | A1Y63VD4T55MIC | xlh20221@163.com |

| DOE # | Seller Name | Seller ID | Email Address |
|---|---|---|---|
| 180 | xuejiaodexiaodian | A3GTMWS3DLBIKY | wangxuejiao0309@163.com |
| 181 | XYBLDIAN | AVJ0F966QGCI9 | makeladycrazy@sohu.com |
| 182 | XZZ-YEUSHOJI | A3B4PDR5I6N9KT | zhijieken9364rvb@163.com |
| 183 | yichangshiyuanyongshangmaoyouxiangongsi | A1JYAPYA3ZUPZU | l475939670@2980.com |
| 184 | Yihang store | A199GFDHNVBCPA | liuliulyb@126.com |
| 185 | YiMaShiXinWenWangLuo | A3PV1D6PON7S1N | caiyipu499285nq@163.com |
| 186 | Yinuoge | A3J4OW5SWW29OF | nuoyiger@163.com |
| 187 | yixianshuidididadawu | A2CO7QCW3WYOQ9 | uymivebta8145@163.com |
| 188 | YJinYJSTY | AK30HEJW5L6S6 | yjpingting@hotmail.com |
| 189 | YNNALE | A3V3I38C70QJPP | monroejacky@outlook.com |
| 190 | Youhao | A3IO19UTYACW1H | ibeddingoutlet@hotmail.com |
| 191 | YUEBINUS | A2QYSPJ1UDQQYI | liyuebin888@outlook.com |
| 192 | Yuekasan | A1ORYPF4917M0Y | bgoegrv@163.com |
| 193 | Yuwouni | A10B8F5MEC9SJK | gaonengtrading@outlook.com |
| 194 | zaaprintblanket | A20P7LAEIWOWKH | crosplay@163.com |
| 195 | ZDABAOEC | AEK6W2YXVXG1O | songxinquanzhan@163.com |
| 196 | zhaochenmeibaihuodian | A2264P8N1HCCD0 | sag3g8@sina.com |
| 197 | ZHIHUISM | A39P5KA0444XBV | zhihui-us@outlook.com |
| 198 | ZHNEG | A2JQZNY6G5OQ9 | guizzxie@outlook.com |
| 199 | zhongshanshiyingxindadengshiy | AFWPOJK9K29D8 | taokezhen157@outlook.com |
| 200 | zhuwangki | A2LOZNOO98GVQ1 | zhuzhufeng86742kj@outlook.com |
| 201 | ZOE GARDEN | A2Q6SQP7RQ3P96 | upiizsee@outlook.com |
| 202 | ZTXFSH | A1YZRPWN6TVMRF | zhongtongxiefu@sina.com |
| 203 | zzhir | A3KM607LKVYNPB | zhongxiuas@outlook.com |
| 204 | ZZKKO | A29E4OT8KZUM8M | lc1qaz@outlook.com |
| 205 | AON81YU2KG0P6 [爱玉店] | AON81YU2KG0P6 | aiyu230725@126.com |