IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCI SPARK LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 25-1928 |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A TO THE | ) | |
| COMPLAINT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**HEARING MEMO ON SHOW CAUSE HEARING**

Before Judge W. Scott Hardy

Appeared for Plaintiff:                         Appeared for Defendants:

Michael Mitchell, Esq. _____                N/A _____

Hearing begun     1/6/26 at 10:00 a.m.        Hearing adjourned to   N/A _____
Hearing concluded 1/6/26 at 10:20 a.m.        Stenographer   M. Moore _____
                                              Clerk:   K. Sheets _____

The Court held a Show Cause Hearing pursuant to the Temporary Restraining Order entered previously in this matter. Despite being properly served, no defendants appeared during today's proceedings. After careful consideration of the record, the Court entered the proposed Preliminary Injunction Order and raised the bond to $100,000.

An appropriate Order will follow.