## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

                Plaintiff,

v.

THE SCHEDULE A DEFENDANTS,

                Defendants.

Case No. 25-cv-1928

**Judge Hon. W. Scott Hardy**

## <u>PRELIMINARY INJUNCTION ORDER</u>

Plaintiff Sci Spark LLC ("Plaintiff") filed a Motion for Temporary Restraining Order and hearing for preliminary injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Seller IDs"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff a Preliminary Injunction as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 12, 2025, Dkt. 23 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Pennsylvania. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Pennsylvania residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases,

offer shipping to the United States, including Pennsylvania, and have sold products using infringing versions of Plaintiff's federally registered copyrighted work (the "Copyrighted Work") to residents of Pennsylvania.

In this case, Plaintiff has presented screenshot evidence that each Defendant's e-commerce store is reaching out to do business with Pennsylvania residents by operating one or more commercial, interactive internet stores through which Pennsylvania residents can and do purchase products using reproductions, infringing copies, or colorable imitations of the Copyrighted Work. *See* Docket No. 1 at Exs. 2-1 to 2-3, which includes screenshot evidence confirming that each Defendant Seller ID does stand ready, willing and able to ship its infringing goods to customers in Pennsylvania bearing infringing versions of the Copyrighted Work. Plaintiff's Copyrighted Work is shown below:

| Registration Number and Title | Copyrighted Image |
|---|---|
| VA 2-444-531<br><br>Vector funny sloth on tree. Seamless patternwithcutebaby sloth, flowers, branch. Adorable animal background. |  |

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because (1) Plaintiff owns a valid copyright in the Copyrighted Work that is registered with the U.S. Copyright Office, (2) Defendants are not licensed or authorized to use the Copyrighted Work, and (3) Defendants' have copied constituent elements of the Copyrighted Work that are original. Furthermore, Defendants' continued and unauthorized use of the Copyrighted Work irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Copyrighted Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with the Copyrighted Work;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Copyrighted Work;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the Copyrighted Work, or any reproductions, infringing copies, or colorable imitations.

2. IT IS FURTHER ORDERED that Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request and for good cause shown, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Seller IDs, including, without limitation, any online marketplace platforms such as Amazon, Temu, and Walmart (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice,

provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller IDs and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller IDs; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, and employees, and any persons acting in active concert or participation with them after receiving actual notice of this Order, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Amazon Pay, Temu, Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.  Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Copyrighted Work.

5.  IT IS FURTHER ORDERED that any Third Party Providers, including PayPal, Amazon Pay, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.  IT IS FURTHER ORDERED that all Third Party Providers, are restrained from causing or assisting in the secreting, concealing, transferring, disposing of, withdrawing, encumbering, or paying Defendants' assets from or to any financial accounts associated with or utilized by any Defendant or any user account or Seller ID associated with any Defendant (whether said account is located in the United States or abroad); and

7.  IT IS FURTHER ORDERED that all Third Party Providers are restrained from providing services to any Defendant or online storefront or Seller ID associated with any Defendant, including, but not limited to, continued operation of such Defendants' user accounts or Seller IDs and any other listings linked to the same sellers or any other seller alias or identification name being used and/or controlled by Defendants, until further ordered by this Court.

8.  IT IS FURTHER ORDERED that Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order,

and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of Court shall issue a single original summons in the name of "Abojoy and all other Defendants listed in the Operative Complaint", which shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.    IT IS FURTHER ORDERED that sufficient cause has been shown that the injunctive relief previously granted on December 12, 2025 (Dkt. 23) and extended on December 22, 2025 (Dkt. 29) shall remain in place through the pendency of this litigation and issuing this Preliminary Injunction Order is warranted under Fed. R. Civ. P. 64 and 65 since no Defendant has presented opposing papers.

10.   Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Western District of Pennsylvania Local Rules. Any third party impacted by this Order may move for appropriate relief.

11.   IT IS FURTHER ORDERED that the $50,000 bond posted by Plaintiff shall be increased to $100,00 and shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

12.     IT IS FURTHER ORDERED that the Order to Seal (Dkt. 14) is lifted and the Clerk of

Court is hereby directed to unseal all documents previously filed under seal in this case.

SO ORDERED:

/s/ W. Scott Hardy
_____
The Honorable W. Scott Hardy
United States District Judge

Dated: January 6, 2026

8

# SCHEDULE A

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | Abojoy | Amazon | ALXA4CFAX8PW |
| 2 | Ackeree | Amazon | A29ZIBHJ8EXQ5U |
| 3 | ADEFSTORE | Amazon | A2CECPJ31J950E |
| 4 | AILONEN | Amazon | ASMOSQHGM0HVH |
| 5 | Anang Communication | Amazon | A1N6WO4PNW9CSE |
| 6 | ANHOPE | Amazon | A1NEIDTGCE87KO |
| 7 | ARIYIDA | Amazon | AZOR3ZQLJ93P2 |
| 8 | ARTSHOWING | Amazon | AJ8OIHCK5ASY9 |
| 9 | ArtSo Direct | Amazon | AM4RB4HXOL3J |
| 10 | Avnaalvl | Amazon | A34MHF0O299HD0 |
| 11 | Axolotl-US | Amazon | A4SID42SJEGEK |
| 12 | AZJoyLife | Amazon | A1QV4TLIL64S4O |
| 13 | Beautiful Quality Home Shop | Amazon | A32VLU9H0PB1YN |
| 14 | Bellproperty | Amazon | A3KNPSFL2R4W71 |
| 15 | Benefeet Sox | Amazon | A2ITJ6J51X3KB7 |
| 16 | BHM Store Gifts | Amazon | A137JO2X14DN08 |
| 17 | bishukeji-EU | Amazon | A1CREZANSFK0DV |
| 18 | BlessLiving Home | Amazon | A37N961FJS6W3W |
| 19 | bloukoo | Amazon | AA31X868KUTAG |
| 20 | Bolaimaoyi | Amazon | A3NBUSGNE4J8YG |
| 21 | BUDUOZHI-US | Amazon | A2OUD80W57A5T2 |
| 22 | bvya | Amazon | A1AF4I69XPQMI5 |
| 23 | bysoon | Amazon | AGTN3E3OXV7UN |
| 24 | CaLen | Amazon | AWRA9X2JAUOS2 |
| 25 | Ceiurey | Amazon | AEA7GBWUCGHVG |
| 26 | CENXINL | Amazon | ALYEQ7PP4PEPR |
| 27 | CoasterShop | Amazon | A346KD8ENDX6CR |
| 28 | COINPSHOP | Amazon | AIYBSUJCZE7DE |
| 29 | Console Storage Bag | Amazon | ANR0WASBIPIOU |
| 30 | DAmaijia1992 | Amazon | A59HTBU96GAPX |
| 31 | DDDchenkeqiang | Amazon | A3L0R2SNN131AV |
| 32 | Deal-Love | Amazon | A27CUX4RR4YR7G |
| 33 | Decaistore | Amazon | A27EYB1650N1C0 |
| 34 | Delerain | Amazon | A3T2NLH0VMKDAR |
| 35 | DEMINGCH | Amazon | A1DFCE1TYEHX3J |
| 36 | DerlonKaje | Amazon | A1QOOWF1IY2TVY |
| 37 | Dgonweqi | Amazon | A1NYJHGRYBRSA7 |

| 38 | DONNA HOME | Amazon | AJI36KDN4R5F8 |
| 39 | Drawstring Bags Shop | Amazon | A29KZKAYVEUR1E |
| 40 | Dreamcase.Inc | Amazon | A1PKHLEFE8T95G |
| 41 | duanxp1513 | Amazon | APQYT7E3XOA1Z |
| 42 | Duduho | Amazon | A2LERSN5U7OFF6 |
| 43 | Eastdtree | Amazon | APD7JL2VIMN62 |
| 44 | ERMAIEFS | Amazon | A2TXRJEVG9QOKY |
| 45 | Erssvrf | Amazon | A3GSZMMRCXAYX8 |
| 46 | execucat | Amazon | A14DLUCSAOTKR7 |
| 47 | famamediy | Amazon | AGJ31U7U6ZEV0 |
| 48 | Fantasy Design | Amazon | A19AX9KBL3OPM2 |
| 49 | Fehuew | Amazon | A7MVACLK614RP |
| 50 | FHAGO | Amazon | AJ82SQ6SCFLMT |
| 51 | Fopica Laundry Bag | Amazon | A3J3LGVT9KL0AU |
| 52 | Foruauto | Amazon | A14WHZECBUATB9 |
| 53 | Funjackstore | Amazon | A2NUZZ281CA49U |
| 54 | Futterya | Amazon | A3G2GJJLGUDPMH |
| 55 | GeazoyDirect | Amazon | A2HLKPMAPO7LRW |
| 56 | GHJTFC | Amazon | A38W0B7GU77GXS |
| 57 | guangzhoushantaoshangmaoyouxiangongsi | Amazon | AUVJWH3BQGHJY |
| 58 | guosijiefuzhuangdian | Amazon | A1MMZ0759OCX05 |
| 59 | GVGOAGL | Amazon | A7UUCDQUHJGUV |
| 60 | gvjhh | Amazon | A14EQL0EDC99G1 |
| 61 | GXHAM | Amazon | A32IJWKSCS0UCF |
| 62 | hagame | Amazon | A1UA86R5XELP6Z |
| 63 | Hanamiya Na | Amazon | ATVPDKIKX0DER |
| 64 | handanqishenglanjianzhulaowufenbaoyouxiangongsi | Amazon | A1WCU5R20QUO2N |
| 65 | HAPLIVES Direct | Amazon | AOSINBDGKM6IX |
| 66 | happybridemarket | Amazon | A4QVTXT9UANLX |
| 67 | hasnatgulbaz | Amazon | AES1K8A3VDS5Y |
| 68 | HEABPY Direct | Amazon | AY45AKVLX59IC |
| 69 | Healbrighting | Amazon | A33V09W1EYEMUF |
| 70 | Hi Space | Amazon | ATHJM94UMYSP0 |
| 71 | higuyhgi | Amazon | A26UMIGLEPB3TV |
| 72 | HKAENE Direct | Amazon | ARQR5PEXTD44G |
| 73 | Hljlj-US | Amazon | A1E5BNWCU8HDW8 |
| 74 | HOIUPLMKIJ | Amazon | A3NKR0WKKL0C1L |
| 75 | Hostline | Amazon | A3ANQZNE9923BP |

| 76 | Hun Zi King | Amazon | ASDMD3SDO5IKD |
|----|-------------|--------|---------------|
| 77 | huzhanshangmaodiangerenduzi | Amazon | A17XSDY4QBI6CE |
| 78 | Insfashble | Amazon | A1V50541HPODNL |
| 79 | Jackdona | Amazon | A11WS3BYUTCPQG |
| 80 | Jekeno | Amazon | A1KP500MSRQT26 |
| 81 | jiaguozheng | Amazon | A2RAP2N6D22OM0 |
| 82 | Jiaolili | Amazon | A285V7OJOT0KWR |
| 83 | Jmjhy | Amazon | A22O01RAM0E7P1 |
| 84 | joyprint | Amazon | A3JCTFMMOJ1JTU |
| 85 | JYDIY | Amazon | AQE6GUWHH1V26 |
| 86 | kalekey | Amazon | A2R8I8DXTEURJ8 |
| 87 | KANRONG | Amazon | A3K49UCTJUSTOG |
| 88 | kengsuishangmaoyouxiangongsi | Amazon | A3GPB03AVPRYD2 |
| 89 | KINOPREV | Amazon | AW93LZCOE1BHM |
| 90 | Knocent | Amazon | A3MUMBJZ335DC8 |
| 91 | Laidaole | Amazon | AQ1MHVJ4LEHC |
| 92 | Lansemy | Amazon | AVYMY0T0A1ELJ |
| 93 | Lealer | Amazon | AWRIZ97OTDI0J |
| 94 | Liangzhuo Store | Amazon | A126YLSGJS7FYV |
| 95 | LiChuanShiYuLeShangMaoYouXianGongSi | Amazon | A3V68M1VXHXVLB |
| 96 | linghangyishu | Amazon | A17E3ONPNRMERU |
| 97 | linjiaoshangmao245 | Amazon | A26YFL15HWHAY8 |
| 98 | Liqlun | Amazon | A6FEFYZPDEU01 |
| 99 | LiuChaoLi56 | Amazon | A3GEL8UKT98WBP |
| 100 | LLRline | Amazon | A1OF7UT5F8S59K |
| 101 | LoiFa | Amazon | A3LEURN09TP1XV |
| 102 | LooPoP | Amazon | AAGPT5MOYKT3M |
| 103 | Lotasameq | Amazon | AJGQDGX115WC5 |
| 104 | Lotupokon | Amazon | A3O3XRNVVWRIO |
| 105 | Love Nature | Amazon | A2CT3C3Q604R3R |
| 106 | LoveforYou.INC | Amazon | APNXE6T9HLWXK |
| 107 | LSHDNG | Amazon | AEJLRLG9QP3AG |
| 108 | LUCKBTY | Amazon | A13M7BFFJIMJU3 |
| 109 | Luggage Tag1 | Amazon | A3UFQRUKICJXI3 |
| 110 | Lumumanber | Amazon | AEPQQLS34TATU |
| 111 | LUNHHA | Amazon | A3CXRRMJETTFT0 |
| 112 | Madifennina | Amazon | A14F35GZIC2R57 |
| 113 | MaiLing | Amazon | A2TC7CKB4O63CE |
| 114 | MAISIM | Amazon | AG2PZQ7RR7X2V |
| 115 | MaiTuo | Amazon | A25UR8A6JDUAL |
| 116 | MAYCARI | Amazon | A17E79WB304I4W |
| 117 | mengli-dianzi | Amazon | A1D5WW7QPWS33F |

| 118 | MiaoShuMengcw | Amazon | A3LFMWO4V8TEVF |
| 119 | MINGWENGLAN | Amazon | A2FGKLQYAJXWRF |
| 120 | MinimalistShop | Amazon | A5WHLCQLG51SB |
| 121 | MMstyle | Amazon | AR44ONMU9H7OM |
| 122 | MvTongVer | Amazon | A19J4EP6C8SQXL |
| 123 | ninenine | Amazon | A2G3VRVSJLMT5O |
| 124 | NingXiStore | Amazon | A1NV0FCTI3C6HG |
| 125 | niuyanyan098 | Amazon | A2OZ5J1P77ISKJ |
| 126 | NONETH-US | Amazon | ABCVNVZK8HG0M |
| 127 | Oerdan | Amazon | AJGQ9I5ORJ8MT |
| 128 | Ofocam | Amazon | AHQDNK5RL815V |
| 129 | Ollabaky | Amazon | A2LB5TNEIW4TE7 |
| 130 | Oplp | Amazon | A3FHPT0209PWPM |
| 131 | OPSHKSOG | Amazon | A3UVAHD4QK8G1Y |
| 132 | pansenfangzipin | Amazon | A1S5HTDZC4COTT |
| 133 | PG6 | Amazon | A1M7B2NK8H3WXU |
| 134 | PIEPLE | Amazon | A3ONOI95WOKODM |
| 135 | Plakill Case US | Amazon | AGR7OY4F37W0Z |
| 136 | PRINT PICTURE ARTHOME | Amazon | A5TS1RQ5TPE8Z |
| 137 | PuTianShiLiChengQuBenYueBaiHuoShangHang | Amazon | AVDZCO6CLZD1R |
| 138 | putianshilichengqutianxiaofuzhuangdian | Amazon | A4NCR60N2O9E8 |
| 139 | qiangshidizhonzahuodian | Amazon | A1FJLF4DQKDTS5 |
| 140 | qishuai11 | Amazon | A12W9RBZ5ME2OR |
| 141 | QQMARKET | Amazon | AJW65Y1OF5U1E |
| 142 | Quietchan | Amazon | A3EF3KYCMYMQML |
| 143 | RDREU | Amazon | A10VZAYWFJAKAW |
| 144 | restarnew | Amazon | A3O6SYEY7M6MO2 |
| 145 | RICHEN-official | Amazon | A2EU3QKQOZH8MH |
| 146 | Sabolny | Amazon | A3C1JJ0VV3MTWI |
| 147 | ShangHouShop | Amazon | A10RH9TSSHNA58 |
| 148 | shangtiezao | Amazon | A2C53CX1ZEEB29 |
| 149 | shikanjuenan | Amazon | A22OL6YNBIVM5V |
| 150 | ShoPen | Amazon | A26WY76VQNYVRC |
| 151 | Sidney Jerome | Amazon | ANYMJOMVZ9MXD |
| 152 | SJewelryBox | Amazon | A19KXYFNVPZJP0 |
| 153 | SJHALL | Amazon | A2WPQW6O3H04DW |

| 154 | Smooffly | Amazon | A3NF1BS3IGYATX |
| 155 | Still Cute | Amazon | A2Q73YZBWWE69Y |
| 156 | sunjiawei9 | Amazon | AG86ZAIB7NFWE |
| 157 | TocaHome | Amazon | AEIBRMSL9LV0R |
| 158 | ToLuLu | Amazon | A1TJG0B2KA7VMB |
| 159 | tongshanxianzhimiaobaihuodian | Amazon | A8OG0P9LE5F4Q |
| 160 | Tongxusiyao | Amazon | AAQ7SIPW5IGVU |
| 161 | U335liyuanrong666 | Amazon | A1WPX96S30VJ0W |
| 162 | Uconsion | Amazon | AZHE8N21KKO5U |
| 163 | Ujskwpi Fashion | Amazon | A1GSZU07R00XG5 |
| 164 | Uppuppy | Amazon | A1BQ7SME6E6NIP |
| 165 | Violet Mist | Amazon | AJRVY1A65E5P7 |
| 166 | VunKo | Amazon | A33GSTJ5PEOXZF |
| 167 | WAAGOGO | Amazon | A3ROYEWE45JIII |
| 168 | WANGWUQIANG888 | Amazon | A3LB1PGSU8QMTL |
| 169 | WINTOJO Direct | Amazon | A1WYXF0FVSB97I |
| 170 | wngob | Amazon | A2K56O0YIX04EK |
| 171 | Wowouhiya | Amazon | A370DPCGGZ0PNS |
| 172 | Wuqin City District | Amazon | A20N3F99ZU9RTD |
| 173 | WUQINGSONGXDP | Amazon | AT2KX85NRYQUE |
| 174 | wuxiaoweide1235 | Amazon | A1AHPS1A6BY3VD |
| 175 | WXRR | Amazon | A2LD0VCKBXBC96 |
| 176 | Xchearser | Amazon | A12W4X6V9RHXUL |
| 177 | XinGugs | Amazon | A2FFBHU1SAE6SD |
| 178 | Xintay | Amazon | A3LIQ9ECJ9YD2J |
| 179 | xlh20221 | Amazon | A1Y63VD4T55MIC |
| 180 | xuejiaodexiaodian | Amazon | A3GTMWS3DLBIKY |
| 181 | XYBLDIAN | Amazon | AVJ0F966QGCI9 |
| 182 | XZZ-YEUSHOJI | Amazon | A3B4PDR5I6N9KT |
| 183 | yichangshiyuanyongshangmaoyouxiangongsi | Amazon | A1JYAPYA3ZUPZU |
| 184 | Yihang store | Amazon | A199GFDHNVBCPA |
| 185 | YiMaShiXinWenWangLuo | Amazon | A3PV1D6PON7S1N |
| 186 | Yinuoge | Amazon | A3J4OW5SWW29OF |
| 187 | yixianshuidididadawu | Amazon | A2CO7QCW3WYOQ9 |
| 188 | YJinYJSTY | Amazon | AK30HEJW5L6S6 |
| 189 | YNNALE | Amazon | A3V3I38C70QJPP |
| 190 | Youhao | Amazon | A3IO19UTYACW1H |
| 191 | YUEBINUS | Amazon | A2QYSPJ1UDQQYI |
| 192 | Yuekasan | Amazon | A1ORYPF4917M0Y |
| 193 | Yuwouni | Amazon | A10B8F5MEC9SJK |
| 194 | zaaprintblanket | Amazon | A20P7LAEIWOWKH |

| 195 | ZDABAOEC | Amazon | AEK6W2YXVXG1O |
| 196 | zhaochenmeibaihuodian | Amazon | A2264P8N1HCCD0 |
| 197 | ZHIHUISM | Amazon | A39P5KA0444XBV |
| 198 | ZHNEG | Amazon | A2JQZNY6G5OQ9 |
| 199 | zhongshanshiyingxindadengshiy | Amazon | AFWPOJK9K29D8 |
| 200 | zhuwangki | Amazon | A2LOZNOO98GVQ1 |
| 201 | ZOE GARDEN | Amazon | A2Q6SQP7RQ3P96 |
| 202 | ZTXFSH | Amazon | A1YZRPWN6TVMRF |
| 203 | zzhir | Amazon | A3KM607LKVYNPB |
| 204 | ZZKKO | Amazon | A29E4OT8KZUM8M |
| 205 | AON81YU2KG0P6 [爱玉店] | Amazon | AON81YU2KG0P6 |