IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCI SPARK LLC**<br><br>  Plaintiff,<br><br>v.<br><br>**The Individuals Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint**,<br><br>  Defendants. | **Civil No.: 25-CV-1928** |

### NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance as counsel for the defendants DOE 80 Jekeno (Seller ID: A1KP500MSRQT26) and DOE 175 WXRR (Seller ID: A2LD0VCKBXBC96) in the above-styled case.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Respectfully submitted on Jan. 16, 2026.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent to Plaintiff' counsel via CM/ECF on Jan. 16, 2026

/s/ Jianyin Liu