UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

    Plaintiff,

v.

THE SCHEDULE A DEFENDANTS,

    Defendants.

Case No. 25-cv-1928

**Judge Hon. W. Scott Hardy**

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

Plaintiffs request entry of default of each of the Defendants as noted[1] in Schedule "A" attached hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Keaton Smithin Support of Request to Enter Default hereto attached.

Date: January 30, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith, ARDC #6327370
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

---

[1] Defendants that have been dismissed from this action are listed as "Dismissed."