**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCI SPARK LLC** | |
| Plaintiff, | **Civil No.: 25-CV-1928** |
| v. | |
| **The Individuals Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint**, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance for the following defendants

Doe 169

Store name: WINTOJO Direct

E-mail: specialgift@vip.163.com

ID: A1WYXF0FVSB97I

Doe 145

Store name:RICHEN-official

E-mail: ruichenofficialus@vip.163.com

ID:A2EU3QKQOZH8MH.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

      Primary E-Mail Addresses: jamesliulaw@gmail.com;

      Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Feb. 4, 2026

      /s/ Jianyin Liu
      Jianyin Liu, Esq.
      Firm Name: The Law Offices of James Liu PLLC
      Address: 15750 SW 92nd Ave Unit 20C,
      City/State/Zip: Palmetto Bay, FL 33157
      Telephone/Fax: (305) 209 6188
      Email: Jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I have served a courtesy copy on Plaintiff's counsel via email.

      /s/ Jianyin Liu
      Jianyin Liu