# shutterstock

**Shutterstock, Inc.**
Empire State Building
350 Fifth Avenue, 20th Floor
New York, NY 10118
1-866-663-3954 (US)
1-646-419-4452 (Int'l)

New York, Jan 13, 2026

**SHUTTERSTOCK CONTENT PROOF OF LICENSE**

Licensee: Shenzhen HENGSHENGTAI E-commerce Co., Ltd

This document is proof that Shenzhen HENGSHENGTAI E-commerce Co., Ltd has the rights to use the content listed below under the terms of the Shutterstock license.

**List of licensed content:**

| Count | Thumbnail | Asset ID | Content Type | License type | License date | Contributor |
|---|---|---|---|---|---|---|
| 1 |  | 452046037 | Photo | Enhanced | May 29, 2024 | Dasha D |

The complete terms and conditions can be found in the Shutterstock License Agreement, **which shall prevail over this document.** This asset was provided to the Shutterstock platform by the supplier indicated above. Shutterstock operates a global creative platform that brings together users and contributors of content. All contributors who make images, footage, or other content available on the Shutterstock platform represent and warrant that they own or control all necessary rights to distribute their uploaded content on the Shutterstock platform without infringing on the intellectual property rights of any third party. As a service provider, Shutterstock does not control the submission of content to the platform, receives thousands of content submissions every week, and accordingly relies on the representations and warranties of its content contributors that their content, as used as permitted under the applicable license terms, will not infringe on the rights of any third party.

Please contact the Shutterstock Compliance department if you require further information at compliance@shutterstock.com