IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>           Plaintiff,<br><br>v.<br><br>THE SCHEDULE A DEFENDANTS,<br><br>           Defendants. | Case No. 25-cv-1928<br><br>**Judge Hon. W. Scott Hardy** |

## ORDER

      AND NOW, this _____ day of _____, 2026 upon consideration of the Motion to Withdraw as Attorney filed by Michael L. Mitchell, Esq.,

      IT IS HEREBY ORDERED that the motion is GRANTED; Attorney Michael L. Mitchell is terminated as counsel of record for the Plaintiff, Sci Spark LLC.

_____
Hon. W. Scott Hardy
United States District Judge