UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

    Plaintiff,

v.

ABOJOY, et al.,

    Defendants.

Case No. 2:25-cv-1928

**Judge Hon. W. Scott Hardy**

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| execucat | 46 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

|  |  |
|---|---|
| Date: February 12, 2026 | Respectfully submitted,<br><br>By: /s/ Keaton Smith<br>Keaton Smith, IL #6347736<br>Shengmao (Sam) Mu, NY #5707021<br>Abby Neu, IL #6327370<br>Ryan E. Carreon, DE #7305<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (872) 294-3799<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |