UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ABOJOY, et al.,<br><br>       Defendants. | Case No. 2:25-cv-1928<br><br>**Judge Hon. W. Scott Hardy** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Bellproperty | 14 |
| Bolaimaoyi | 20 |
| Deal-Love | 32 |
| DEMINGCH | 35 |
| Jackdona | 79 |
| Knocent | 90 |
| Liangzhuo Store | 94 |
| LLRline | 100 |
| LUCKBTY | 108 |
| putianshilichengqutianxiaofuzhuangdian | 138 |
| Ujskwpi Fashion | 163 |
| Youhao | 190 |
| Yuekasan | 192 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 18, 2026                          Respectfully submitted,

                                                                            By: /s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
Ryan E. Carreon, DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*