# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

      Plaintiff,

v.

  THE SCHEDULE A DEFENDANTS,

      Defendants.

Case No. 25-cv-1928

**Judge Hon. W. Scott Hardy**

## Schedule A

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | DISMISSED | DISMISSED | DISMISSED |
| 2 | Ackeree | Amazon | A29ZIBHJ8EXQ5U |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | Anang Communication | Amazon | A1N6WO4PNW9CSE |
| 6 | ANHOPE | Amazon | A1NEIDTGCE87KO |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | ARTSHOWING | Amazon | AJ8OIHCK5ASY9 |
| 9 | ArtSo Direct | Amazon | AM4RB4HXOL3J |
| 10 | Avnaalvl | Amazon | A34MHF0O299HD0 |
| 11 | EXCEPTED | EXCEPTED | EXCEPTED |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | Beautiful Quality Home Shop | Amazon | A32VLU9H0PB1YN |
| 14 | DISMISSED | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED | DISMISSED |
| 16 | BHM Store Gifts | Amazon | A137JO2X14DN08 |
| 17 | bishukeji-EU | Amazon | A1CREZANSFK0DV |
| 18 | DISMISSED | DISMISSED | DISMISSED |
| 19 | bloukoo | Amazon | AA31X868KUTAG |
| 20 | DISMISSED | DISMISSED | DISMISSED |
| 21 | BUDUOZHI-US | Amazon | A2OUD80W57A5T2 |
| 22 | DISMISSED | DISMISSED | DISMISSED |
| 23 | bysoon | Amazon | AGTN3E3OXV7UN |
| 24 | DISMISSED | DISMISSED | DISMISSED |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 25 | EXCEPTED | EXCEPTED | EXCEPTED |
| 26 | DISMISSED | DISMISSED | DISMISSED |
| 27 | CoasterShop | Amazon | A346KD8ENDX6CR |
| 28 | COINPSHOP | Amazon | AIYBSUJCZE7DE |
| 29 | Console Storage Bag | Amazon | ANR0WASBIPIOU |
| 30 | DAmaijia1992 | Amazon | A59HTBU96GAPX |
| 31 | DDDchenkeqiang | Amazon | A3L0R2SNN131AV |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED | DISMISSED |
| 35 | DISMISSED | DISMISSED | DISMISSED |
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 37 | Dgonweqi | Amazon | A1NYJHGRYBRSA7 |
| 38 | DISMISSED | DISMISSED | DISMISSED |
| 39 | Drawstring Bags Shop | Amazon | A29KZKAYVEUR1E |
| 40 | DISMISSED | DISMISSED | DISMISSED |
| 41 | duanxp1513 | Amazon | APQYT7E3XOA1Z |
| 42 | EXCEPTED | EXCEPTED | EXCEPTED |
| 43 | Eastdtree | Amazon | APD7JL2VIMN62 |
| 44 | ERMAIEFS | Amazon | A2TXRJEVG9QOKY |
| 45 | Erssvrf | Amazon | A3GSZMMRCXAYX8 |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED | DISMISSED |
| 48 | EXCEPTED | EXCEPTED | EXCEPTED |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED | DISMISSED |
| 51 | Fopica Laundry Bag | Amazon | A3J3LGVT9KL0AU |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | Funjackstore | Amazon | A2NUZZ281CA49U |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | GeazoyDirect | Amazon | A2HLKPMAPO7LRW |
| 56 | GHJTFC | Amazon | A38W0B7GU77GXS |
| 57 | DISMISSED | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED | DISMISSED |
| 60 | gvjhh | Amazon | A14EQL0EDC99G1 |
| 61 | GXHAM | Amazon | A32IJWKSCS0UCF |
| 62 | DISMISSED | DISMISSED | DISMISSED |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 63 | DISMISSED | DISMISSED | DISMISSED |
| 64 | handanqishenglanjianzhulaowufenbaoyouxiangongsi | Amazon | A1WCU5R20QUO2N |
| 65 | HAPLIVES Direct | Amazon | AOSINBDGKM6IX |
| 66 | DISMISSED | DISMISSED | DISMISSED |
| 67 | hasnatgulbaz | Amazon | AES1K8A3VDS5Y |
| 68 | HEABPY Direct | Amazon | AY45AKVLX59IC |
| 69 | EXCEPTED | EXCEPTED | EXCEPTED |
| 70 | DISMISSED | DISMISSED | DISMISSED |
| 71 | higuyhgi | Amazon | A26UMIGLEPB3TV |
| 72 | HKAENE Direct | Amazon | ARQR5PEXTD44G |
| 73 | Hljlj-US | Amazon | A1E5BNWCU8HDW8 |
| 74 | HOIUPLMKIJ | Amazon | A3NKR0WKKL0C1L |
| 75 | Hostline | Amazon | A3ANQZNE9923BP |
| 76 | Hun Zi King | Amazon | ASDMD3SDO5IKD |
| 77 | DISMISSED | DISMISSED | DISMISSED |
| 78 | Insfashble | Amazon | A1V50541HPODNL |
| 79 | DISMISSED | DISMISSED | DISMISSED |
| 80 | EXCEPTED | EXCEPTED | EXCEPTED |
| 81 | jiaguozheng | Amazon | A2RAP2N6D22OM0 |
| 82 | DISMISSED | DISMISSED | DISMISSED |
| 83 | Jmjhy | Amazon | A22O01RAM0E7P1 |
| 84 | joyprint | Amazon | A3JCTFMMOJ1JTU |
| 85 | JYDIY | Amazon | AQE6GUWHH1V26 |
| 86 | kalekey | Amazon | A2R8I8DXTEURJ8 |
| 87 | KANRONG | Amazon | A3K49UCTJUSTOG |
| 88 | DISMISSED | DISMISSED | DISMISSED |
| 89 | DISMISSED | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED | DISMISSED |
| 91 | Laidaole | Amazon | AQ1MHVJ4LEHC |
| 92 | Lansemy | Amazon | AVYMY0T0A1ELJ |
| 93 | Lealer | Amazon | AWRIZ97OTDI0J |
| 94 | DISMISSED | DISMISSED | DISMISSED |
| 95 | LiChuanShiYuLeShangMaoYouXianGongSi | Amazon | A3V68M1VXHXVLB |
| 96 | linghangyishu | Amazon | A17E3ONPNRMERU |
| 97 | linjiaoshangmao245 | Amazon | A26YFL15HWHAY8 |
| 98 | Liqlun | Amazon | A6FEFYZPDEU01 |
| 99 | LiuChaoLi56 | Amazon | A3GEL8UKT98WBP |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 100 | DISMISSED | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED | DISMISSED |
| 102 | LooPoP | Amazon | AAGPT5MOYKT3M |
| 103 | Lotasameq | Amazon | AJGQDGX115WC5 |
| 104 | DISMISSED | DISMISSED | DISMISSED |
| 105 | EXCEPTED | EXCEPTED | EXCEPTED |
| 106 | DISMISSED | DISMISSED | DISMISSED |
| 107 | LSHDNG | Amazon | AEJLRLG9QP3AG |
| 108 | DISMISSED | DISMISSED | DISMISSED |
| 109 | Luggage Tag1 | Amazon | A3UFQRUKICJXI3 |
| 110 | DISMISSED | DISMISSED | DISMISSED |
| 111 | LUNHHA | Amazon | A3CXRRMJETTFT0 |
| 112 | Madifennina | Amazon | A14F35GZIC2R57 |
| 113 | MaiLing | Amazon | A2TC7CKB4O63CE |
| 114 | MAISIM | Amazon | AG2PZQ7RR7X2V |
| 115 | MaiTuo | Amazon | A25UR8A6JDUAL |
| 116 | DISMISSED | DISMISSED | DISMISSED |
| 117 | DISMISSED | DISMISSED | DISMISSED |
| 118 | MiaoShuMengcw | Amazon | A3LFMWO4V8TEVF |
| 119 | DISMISSED | DISMISSED | DISMISSED |
| 120 | MinimalistShop | Amazon | A5WHLCQLG51SB |
| 121 | EXCEPTED | EXCEPTED | EXCEPTED |
| 122 | MvTongVer | Amazon | A19J4EP6C8SQXL |
| 123 | EXCEPTED | EXCEPTED | EXCEPTED |
| 124 | NingXiStore | Amazon | A1NV0FCTI3C6HG |
| 125 | niuyanyan098 | Amazon | A2OZ5J1P77ISKJ |
| 126 | DISMISSED | DISMISSED | DISMISSED |
| 127 | Oerdan | Amazon | AJGQ9I5ORJ8MT |
| 128 | DISMISSED | DISMISSED | DISMISSED |
| 129 | EXCEPTED | EXCEPTED | EXCEPTED |
| 130 | EXCEPTED | EXCEPTED | EXCEPTED |
| 131 | EXCEPTED | EXCEPTED | EXCEPTED |
| 132 | DISMISSED | DISMISSED | DISMISSED |
| 133 | DISMISSED | DISMISSED | DISMISSED |
| 134 | PIEPLE | Amazon | A3ONOI95WOKODM |
| 135 | DISMISSED | DISMISSED | DISMISSED |
| 136 | PRINT PICTURE ARTHOME | Amazon | A5TS1RQ5TPE8Z |
| 137 | PuTianShiLiChengQuBenYueBaiHuoShangHang | Amazon | AVDZCO6CLZD1R |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 138 | DISMISSED | DISMISSED | DISMISSED |
| 139 | qiangshidizhonzahuodian | Amazon | A1FJLF4DQKDTS5 |
| 140 | qishuai11 | Amazon | A12W9RBZ5ME2OR |
| 141 | QQMARKET | Amazon | AJW65Y1OF5U1E |
| 142 | DISMISSED | DISMISSED | DISMISSED |
| 143 | RDREU | Amazon | A10VZAYWFJAKAW |
| 144 | restarnew | Amazon | A3O6SYEY7M6MO2 |
| 145 | RICHEN-official | Amazon | A2EU3QKQOZH8MH |
| 146 | Sabolny | Amazon | A3C1JJ0VV3MTWI |
| 147 | ShangHouShop | Amazon | A10RH9TSSHNA58 |
| 148 | shangtiezao | Amazon | A2C53CX1ZEEB29 |
| 149 | shikanjuenan | Amazon | A22OL6YNBIVM5V |
| 150 | EXCEPTED | EXCEPTED | EXCEPTED |
| 151 | Sidney Jerome | Amazon | ANYMJOMVZ9MXD |
| 152 | SJewelryBox | Amazon | A19KXYFNVPZJP0 |
| 153 | DISMISSED | DISMISSED | DISMISSED |
| 154 | Smooffly | Amazon | A3NF1BS3IGYATX |
| 155 | DISMISSED | DISMISSED | DISMISSED |
| 156 | sunjiawei9 | Amazon | AG86ZAIB7NFWE |
| 157 | TocaHome | Amazon | AEIBRMSL9LV0R |
| 158 | ToLuLu | Amazon | A1TJG0B2KA7VMB |
| 159 | DISMISSED | DISMISSED | DISMISSED |
| 160 | DISMISSED | DISMISSED | DISMISSED |
| 161 | U335liyuanrong666 | Amazon | A1WPX96S30VJ0W |
| 162 | Uconsion | Amazon | AZHE8N21KKO5U |
| 163 | DISMISSED | DISMISSED | DISMISSED |
| 164 | DISMISSED | DISMISSED | DISMISSED |
| 165 | DISMISSED | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED | DISMISSED |
| 168 | WANGWUQIANG888 | Amazon | A3LB1PGSU8QMTL |
| 169 | WINTOJO Direct | Amazon | A1WYXF0FVSB97I |
| 170 | wngob | Amazon | A2K56O0YIX04EK |
| 171 | Wowouhiya | Amazon | A370DPCGGZ0PNS |
| 172 | Wuqin City District | Amazon | A20N3F99ZU9RTD |
| 173 | WUQINGSONGXDP | Amazon | AT2KX85NRYQUE |
| 174 | DISMISSED | DISMISSED | DISMISSED |
| 175 | EXCEPTED | EXCEPTED | EXCEPTED |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 176 | DISMISSED | DISMISSED | DISMISSED |
| 177 | XinGugs | Amazon | A2FFBHU1SAE6SD |
| 178 | Xintay | Amazon | A3LIQ9ECJ9YD2J |
| 179 | xlh20221 | Amazon | A1Y63VD4T55MIC |
| 180 | DISMISSED | DISMISSED | DISMISSED |
| 181 | DISMISSED | DISMISSED | DISMISSED |
| 182 | XZZ-YEUSHOJI | Amazon | A3B4PDR5I6N9KT |
| 183 | yichangshiyuanyongshangmaoyouxiangongsi | Amazon | A1JYAPYA3ZUPZU |
| 184 | DISMISSED | DISMISSED | DISMISSED |
| 185 | YiMaShiXinWenWangLuo | Amazon | A3PV1D6PON7S1N |
| 186 | DISMISSED | DISMISSED | DISMISSED |
| 187 | yixianshuidididadawu | Amazon | A2CO7QCW3WYOQ9 |
| 188 | YJinYJSTY | Amazon | AK30HEJW5L6S6 |
| 189 | DISMISSED | DISMISSED | DISMISSED |
| 190 | DISMISSED | DISMISSED | DISMISSED |
| 191 | DISMISSED | DISMISSED | DISMISSED |
| 192 | DISMISSED | DISMISSED | DISMISSED |
| 193 | Yuwouni | Amazon | A10B8F5MEC9SJK |
| 194 | DISMISSED | DISMISSED | DISMISSED |
| 195 | DISMISSED | DISMISSED | DISMISSED |
| 196 | DISMISSED | DISMISSED | DISMISSED |
| 197 | ZHIHUISM | Amazon | A39P5KA0444XBV |
| 198 | ZHNEG | Amazon | A2JQZNY6G5OQ9 |
| 199 | zhongshanshiyingxindadengshiy | Amazon | AFWPOJK9K29D8 |
| 200 | zhuwangki | Amazon | A2LOZNOO98GVQ1 |
| 201 | ZOE GARDEN | Amazon | A2Q6SQP7RQ3P96 |
| 202 | DISMISSED | DISMISSED | DISMISSED |
| 203 | zzhir | Amazon | A3KM607LKVYNPB |
| 204 | EXCEPTED | EXCEPTED | EXCEPTED |
| 205 | AON81YU2KG0P6 [爱玉店] | Amazon | AON81YU2KG0P6 |