Jianyin Liu <jamesliulaw@gmail.com>

---

## 25-cv-1928, PAWD

---

**Shengmao Mu** <smu@whitewoodlaw.com>      Thu, Feb 5, 2026 at 1:02 PM
To: Jianyin Liu <jamesliulaw@gmail.com>
Cc: aneu@whitewoodlaw.com, Keaton Smith <ksmith@whitewoodlaw.com>, rcarreon@whitewoodlaw.com, Ryan Baker <rbaker@whitewoodlaw.com>, Whitewood Law Settlement <settlement@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>

Hello Counsel,

We will not oppose.

Thank you\

Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

> On Thu, Feb 5, 2026 at 10:01 AM Jianyin Liu <jamesliulaw@gmail.com> wrote:
>
> Hi Sam,
>
> For RICHEN-OFFICIAL, WINTOJO DIRECT, clerk's just entered default against them. Do you agree to vacate the default and allow us to file a response to the complaint in 10 days?
>
> Sincerely,
>
> Jianyin Liu, Esq.
> The Law Offices of James Liu PLLC
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com
> Http://jamesliulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court
> Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ

"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Feb 4, 2026, at 9:19 AM, Jianyin Liu <jamesliulaw@gmail.com> wrote:
>
> Hi Sam,
>
> For ninenine, my client's current offer is $5K. For WXRR and Jekeno, combined $10K. Let me know.
>
> Sincerely,
>
> Jianyin Liu, Esq.
> The Law Offices of James Liu PLLC
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com
> Http://jamesliulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court
> Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
> "2019 Outstanding Alumni in Pro Bono Service"
> as Awarded by FAMU School of Law
> "Guardian of Justice of 2018"
> as Awarded by Community Legal Service of Mid-Florida
>
>> On Jan 20, 2026, at 5:55 PM, Shengmao Mu <smu@whitewoodlaw.com> wrote:
>>
>> Hello Mr. Liu,
>>
>> My apologies for the delay. Let me give my client a push and will get back to you.
>>
>> Best,
>>
>> Sam (Shengmao) Mu | Principal Attorney
>>
>> Whitewood Law PLLC
>>
>> 57 West 57th Street
>> 3rd and 4th Floors
>> Manhattan, NY, 10019
>>
>> Tel: (917)858-8018
>> Fax: (917)591-0618
>> Email: smu@whitewoodlaw.com
>>
>> CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be
>> privileged and should be read or retained only by the intended recipient. If you have received this

transmission in error, please immediately notify the sender and delete it from your system.

On Tue, Jan 20, 2026 at 2:54 PM Jianyin Liu <jamesliulaw@gmail.com> wrote:
> Hi Sam,
>
> Update on this email?
>
> Sincerely,
>
> Jianyin Liu, Esq.
> The Law Offices of James Liu PLLC
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com
> Http://jamesliulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court
> Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
> "2019 Outstanding Alumni in Pro Bono Service"
> as Awarded by FAMU School of Law
> "Guardian of Justice of 2018"
> as Awarded by Community Legal Service of Mid-Florida
>
>> On Jan 15, 2026, at 9:24 AM, Jianyin Liu <jamesliulaw@gmail.com> wrote:
>>
>> Hi Sam,
>>
>> Can you stipulate to freeze $8K for this client first while negotiating the settlement?
>>
>> Sincerely,
>>
>> Jianyin Liu, Esq.
>> The Law Offices of James Liu PLLC
>> 15750 SW 92nd Ave Unit 20C,
>> Palmetto Bay, FL 33157
>> Ph: (305) 209 6188   Fax: (305) 402 5959
>> Email: jamesliulaw@gmail.com
>> Http://jamesliulaw.com
>>
>> 2021 Local News Report for Case-Winning in Florida South District Court
>> Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
>> "2019 Outstanding Alumni in Pro Bono Service"
>> as Awarded by FAMU School of Law
>> "Guardian of Justice of 2018"
>> as Awarded by Community Legal Service of Mid-Florida
>>
>>> On Jan 5, 2026, at 8:55 PM, Shengmao Mu

<smu@whitewoodlaw.com> wrote:

Hello Counsel,

Plaintiff's reduced counter offer is $8,000. This will dispense with the need of any motion practice and save our time.

Thank you

Sam (Shengmao) Mu | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Mon, Jan 5, 2026 at 1:04 PM Jianyin Liu <jamesliulaw@gmail.com> wrote:
> Update on the clarification of sales?
>
> Sincerely,
>
> Jianyin Liu, Esq.
> The Law Offices of James Liu PLLC
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com
> Http://jamesliulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court
> Link: https://mp.weixin.qq.com/s/SQit6bWIeumMrqi96Pv1MQ
> "2019 Outstanding Alumni in Pro Bono Service"
> as Awarded by FAMU School of Law
> "Guardian of Justice of 2018"
> as Awarded by Community Legal Service of Mid-Florida
>
>
>> On Jan 1, 2026, at 9:27 AM, Jianyin Liu
>> <jamesliulaw@gmail.com> wrote:

Hi Mr. Mu,

Thank you for your prior correspondence. Our client has re-verified its store records, and we provide the following formal response:

The alleged $30,000 in sales for the subject products is inaccurate. Actual total sales are approximately $6,000, with a net profit margin of 15-20%, resulting in total profit of only $1,000. We note the discrepancy in data sources and stand ready to review any supporting documentation you may provide.

Pennsylvania lacks proper jurisdiction, as our client has only one isolated fishing transaction in the state—insufficient to establish personal jurisdiction. Nevertheless, in the interest of amicable dispute resolution, our client is open to settlement negotiations.

Your proposed $20,000 settlement is unreasonable given the actual profit. Our client's maximum settlement offer is $1,000.

We look forward to your prompt response to facilitate a mutually acceptable resolution.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

> On Dec 31, 2025, at 9:26 PM, Shengmao Mu <smu@whitewoodlaw.com> wrote:

Hello Counsel,

We disagree with your argument. At a minimum, plaintiff should be allowed to conduct discovery in light of the apparent contact with the state. To save the cost, please let me know if your client is willing to offer $$ to settle this matter.

Best,

Sam (Shengmao) Mu | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

(917)-858-8018
(917)-591-0618 (facsimile)
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

> On Wed, Dec 31, 2025 at 10:52 AM Jianyin Liu <jamesliulaw@gmail.com> wrote:
>> Hi Abby,
>>
>> For this client, only one sale was made to PA by your fishing sales, which is not qualified in PAWD to establish PJ. Let me know if you are amenable to dismiss it without wasting time and money in this issue. See the Order attached.
>>
>> "Therefore, it appears likely to this Court that these screenshots were produced by Plaintiff or counsel for purposes of establishing jurisdiction. Such a

practice is insufficient to establish personal jurisdiction:

> Moreover, the screenshots attached to the complaint do not reflect that these are arms-length sales. If [plaintiff] or its counsel or agents simply ordered these products to create personal jurisdiction, that doesn't work. *See Nifty Home Prods. Inc. v. Ladynana US*, No. 23-1332, 2024 WL 4987245, at *3 (3d Cir. Dec. 5, 2024) (finding, in context of review of district court's denying motion to vacate default judgment, a "colorable argument" that single sale from each defendant into Pennsylvania—set up by plaintiff in each instance—was insufficient to show purposeful availment); *Toys "R" Us, Inc.*, 318 F.3d 446 at 454-55 (two sales orchestrated by the plaintiff insufficient to establish personal jurisdiction because these two sales "appear to be the kind of 'fortuitous,' 'random,' and 'attenuated' contacts that the Supreme Court has held insufficient to warrant the exercise of jurisdiction"); *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F.4th 1085, 1095 (9th Cir. 2023) (finding personal jurisdiction over defendants using their Amazon storefronts to make sales to residents in forum state, but requiring that such sales "must occur in the defendant's regular course of business").

*FORCEL MEDIA*, 2025 WL 1665586, at *2.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida