

Jianyin Liu <jamesliulaw@gmail.com>

# 25-cv-1928, PAWD

**Shengmao Mu** <smu@whitewoodlaw.com>     Thu, Feb 5, 2026 at 1:05 PM
To: Jianyin Liu <jamesliulaw@gmail.com>
Cc: aneu@whitewoodlaw.com, Keaton Smith <ksmith@whitewoodlaw.com>, rcarreon@whitewoodlaw.com, Ryan Baker <rbaker@whitewoodlaw.com>, Whitewood Law Settlement <settlement@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>

Hello Counsel,

Just to clarify, we will not oppose motion to vacate clerk default, but we will oppose motion to vacate PI.

Best,

Sam (Shengmao) Mu | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Thu, Feb 5, 2026 at 10:02 AM Shengmao Mu <smu@whitewoodlaw.com> wrote:
> Hello Counsel,
>
> We will not oppose.
>
> Thank you\
>
> Sam (Shengmao) Mu | Principal Attorney
>
> Whitewood Law PLLC
>
> 57 West 57th Street
> 3rd and 4th Floors
> Manhattan, NY, 10019
>
> Tel: (917)858-8018

Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

[Quoted text hidden]