

Jianyin Liu <jamesliulaw@gmail.com>

---

# 25-cv-1928, PAWD

---

**Shengmao Mu** <smu@whitewoodlaw.com>  Fri, Feb 13, 2026 at 1:28 PM
To: Jianyin Liu <jamesliulaw@gmail.com>
Cc: aneu@whitewoodlaw.com, Keaton Smith <ksmith@whitewoodlaw.com>, rcarreon@whitewoodlaw.com, Ryan Baker <rbaker@whitewoodlaw.com>, Whitewood Law Settlement <settlement@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>

No objection.

Best,

Sam (Shengmao) Mu | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

> On Fri, Feb 13, 2026 at 10:23 AM Jianyin Liu <jamesliulaw@gmail.com> wrote:
> Remember to respond to my request to vacate default for TOLULU, Artso Shop. Guess no objections to vacate?
>
> Sincerely,
>
> Jianyin Liu, Esq.
> FBN: 1007675 WSBA: 59542
> The Law Offices of James Liu PLLC
>
> 15750 SW 92nd Ave Unit 20C,
> Palmetto Bay, FL 33157
>
> 30 N LaSalle St, Suite 1510,
> Chicago, IL 60602
> Ph: (305) 209 6188   Fax: (305) 402 5959
> Email: jamesliulaw@gmail.com; jamesliu@jamesliulaw.com
> Website: http://JamesLiulaw.com
>
> 2021 Local News Report for Case-Winning in Florida South District Court

Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

[Quoted text hidden]