

Jianyin Liu <jamesliulaw@gmail.com>

# 25-cv-1928, PAWD

**Jianyin Liu** <jamesliulaw@gmail.com>  Fri, Feb 20, 2026 at 9:06 AM
To: Shengmao Mu <smu@whitewoodlaw.com>, aneu@whitewoodlaw.com
Cc: Keaton Smith <ksmith@whitewoodlaw.com>, rcarreon@whitewoodlaw.com, Ryan Baker <rbaker@whitewoodlaw.com>, Whitewood Law Settlement <settlement@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>

Hi Abby,

For RICHEN-OFFICIAL, WINTOJO DIRECT, TOLULU ARTS Shopt/Arts Direct, Sam agreed to vacate default via email. Can you remove them from motion for default judgment?

Thanks.

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

[Quoted text hidden]