

Jianyin Liu <jamesliulaw@gmail.com>

---

## 25-cv-1928, PAWD

**Jianyin Liu** <jamesliulaw@gmail.com>  Wed, Feb 25, 2026 at 8:53 PM
To: Shengmao Mu <smu@whitewoodlaw.com>
Cc: aneu@whitewoodlaw.com, Keaton Smith <ksmith@whitewoodlaw.com>, mmitchell@whitewoodlaw.com, rcarreon@whitewoodlaw.com, Ryan Baker <rbaker@whitewoodlaw.com>, Whitewood Law Settlement <settlement@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>

Hi Sam,

For 1928, you agreed to vacate default for all the 4 defendants. They are all included in the motion for default judgment, which is contradictory to what you promised. And we have to go in person to attend the hearing. Can we stipulate that they are excluded from the motion?

Sincerely,

Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Http://jamesliulaw.com

2021 Local News Report for Case-Winning in Florida South District Court
Link: https://mp.weixin.qq.com/s/SQit6bWleumMrqi96Pv1MQ
"2019 Outstanding Alumni in Pro Bono Service"
as Awarded by FAMU School of Law
"Guardian of Justice of 2018"
as Awarded by Community Legal Service of Mid-Florida

[Quoted text hidden]