UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　　Plaintiff,<br>v.<br>THE SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants. | Case No. 25-cv-1928<br><br>**Judge Hon. W. Scott Hardy** |

**JOINT MOTION TO ENTER PRELIMINARY INJUNCTION**

Plaintiff, Sci Spark LLC, ("Plaintiff" or "Sci Spark"), and Defendant DOE #123 NINENINE ("Defendant") jointly file this Motion for entry of Consent Preliminary Injunction. The parties agree that the Court has jurisdiction over the parties and the subject matter of this Action. Defendant further agrees to be bound by a Preliminary Injunction against Defendant with a modified amount of Asset Restraint listed in Schedule A to the Consent Preliminary Injunction.

Date: March 4, 2026                                            Respectfully submitted,

By: /s/ Michael Mitchell
Michael Mitchell IL #6324363
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Keaton Smith IL #6347736

By: /s/ Jianyin Liu
Jianyin Liu, Esq.
**The Law Offices of James Liu PLLC**
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209 6188
Email: jamesliulaw@gmail.com

*Counsel for Plaintiff*                                            *Counsel for Defendant*

1