**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants. | Case No. 25-cv-1928<br><br>**Judge Hon. W. Scott Hardy** |

**DEFAULT JUDGMENT HEARING WITNESS AND EXHIBIT LIST**

Plaintiff hereby states that it plans to introduce no witnesses and no new exhibits at the hearing on Plaintiff's Motion for Default Judgment set for 3/26/26 at 9:30 AM.

Date: March 23, 2026

Respectfully submitted,

*/s/ Keaton Smith*
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Ryan E. Carreon DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*