**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SCI SPARK LLC,

       Plaintiff,

v.

ABOJOY, et al.,

       Defendants.

Case No. 2:25-cv-1928

**Judge Hon. W. Scott Hardy**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| CEIUREY | 25 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: March 25, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
Ryan E. Carreon, DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*

2