# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

      Plaintiff,

v.

ABOJOY, et al.,

      Defendants.

Case No. 2:25-cv-1928

**Judge Hon. W. Scott Hardy**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 27, 2026 [87], in favor of Plaintiff Sci Spark LLC and against Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| Ackeree | 2 |
| ARTSHOWING | 8 |
| Beautiful Quality Home Shop | 13 |
| BHM Store Gifts | 16 |
| bishukeji-EU | 17 |
| BUDUOZHI-US | 21 |
| bysoon | 23 |
| CoasterShop | 27 |
| COINPSHOP | 28 |
| DDDchenkeqiang | 31 |
| Dgonweqi | 37 |
| Drawstring Bags Shop | 39 |
| Eastdtree | 43 |
| ERMAIEFS | 44 |
| Erssvrf | 45 |

1

| | |
|---|---|
| Fopica Laundry Bag | 51 |
| GeazoyDirect | 55 |
| gvjhh | 60 |
| GXHAM | 61 |
| HAPLIVES Direct | 65 |
| HKAENE Direct | 72 |
| Hljlj-US | 73 |
| Hostline | 75 |
| Jmjhy | 83 |
| JYDIY | 85 |
| kalekey | 86 |
| Laidaole | 91 |
| Lansemy | 92 |
| linghangyishu | 96 |
| linjiaoshangmao245 | 97 |
| LooPoP | 102 |
| Lotasameq | 103 |
| LSHDNG | 107 |
| Luggage Tag1 | 109 |
| MaiLing | 113 |
| MaiTuo | 115 |
| MiaoShuMengcw | 118 |
| MvTongVer | 122 |
| NingXiStore | 124 |
| niuyanyan098 | 125 |
| PIEPLE | 134 |
| PRINT PICTURE ARTHOME | 136 |
| PuTianShiLiChengQuBenYueBaiHuoShangHang | 137 |
| qiangshidizhonzahuodian | 139 |
| QQMARKET | 141 |
| RDREU | 143 |
| restarnew | 144 |
| Sabolny | 146 |
| ShangHouShop | 147 |
| shangtiezao | 148 |
| shikanjuenan | 149 |

| | |
|---|---|
| Sidney Jerome | 151 |
| Smooffly | 154 |
| sunjiawei9 | 156 |
| TocaHome | 157 |
| Uconsion | 162 |
| Wowouhiya | 171 |
| xlh20221 | 179 |
| Yuwouni | 193 |
| ZOE GARDEN | 201 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: April 2, 2026

Respectfully submitted,

/s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
Ryan E. Carreon, DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*

3